# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Wesley Zimmerman,

    Plaintiff,

        v.                              Case No.  1:08cv830

Mike Crabtree, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 27, 2010 (Doc. 39).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendants' Motion for Summary Judgment (Doc. 33) is **GRANTED**.  This matter is closed.

    **IT IS SO ORDERED.**

                                            *S/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge